IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV156

| | |
|---|---|
| BARBARA BROOKS & DENNIS D. BROOKS, ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FERRIS BAKER WATTS, INC., et al., ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application for *Pro Hac Vice* Admission" (Document No. 14), filed October 6, 2005. Upon careful review and consideration, and noting that Grant H. Gibson has already paid the admission fee to the Clerk of Court, this Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Application for *Pro Hac Vice* Admission" (Document No. 14) is **GRANTED**.

**Signed: October 12, 2005**

David C. Keesler
United States Magistrate Judge